1  JAMES J. YUKEVICH (SBN 159896)
    *JYukevich@yukelaw.com*
2  THOMAS BORNCAMP (SBN 186730)
    *TBorncamp@yukelaw.com*
3  PATRICIA E. BALL (SBN 229333)
    *PBall@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   601 S. Figueroa Street, 38th Floor
5  Los Angeles, CA  90017
   Telephone:   (213) 362-7777
6  Facsimile:   (213) 362-7788

7

8  Attorneys for Defendant
   MICHELIN NORTH AMERICA, INC.
9  (*erroneously sued as The Uniroyal Goodrich
   Tire Company*) and MICHELIN AMERICAS
10 RESEARCH AND DEVELOPMENT
   CORPORATION *(erroneously sued as
11 Michelin Americas Research Corporation)*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR de MARIA GONZALEZ-MARTINEZ, individually; EGON WILFREDO GONZALEZ MARTINEZ, individually; and BLANCA CLEMENCIA GALAN-RUBALLO, individually, ANGEL ROBERTO GONZALEZ-GALAN, a minor by MARGARITA COLON, his Guardian ad Litem<br><br>  Plaintiffs,<br><br>  vs.<br><br>MICHELIN NORTH AMERICA, INC., a New York corporation, MICHELIN AMERICAS RESEARCH CORPORATION; a Delaware corporation, THE UNIROYAL GOODRICH TIRE COMPANY, a Delaware corporation;<br><br>  Defendants. | Case No.: 2:08-CV-01898-JAM-EFB<br><br>**ORDER AND STIPULATION OF COUNSEL FOR EXTENSION OF TIME FOR DEFENDANT MICHELIN NORTH AMERICA, INC. TO RESPOND TO COMPLAINT** |

243421.1 / 28-968                              1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiffs FLOR de MARIA GONZALEZ-MARTINEZ, EGON WILFREDO GONZALEZ MARTINEZ, BLANCA CLEMENCIA GALAN-RUBALLO, ANGEL ROBERTO GONZALEZ-GALAN, through their counsel of record, and Defendant MICHELIN NORTH AMERICA, INC. ("MNA")[1] through their respective counsel of record, as follows: |

 1  IT IS HEREBY STIPULATED by and between Plaintiffs FLOR de
 2  MARIA GONZALEZ-MARTINEZ, EGON WILFREDO GONZALEZ
 3  MARTINEZ, BLANCA CLEMENCIA GALAN-RUBALLO, ANGEL
 4  ROBERTO GONZALEZ-GALAN, through their counsel of record, and
 5  Defendant MICHELIN NORTH AMERICA, INC. ("MNA")[1] through their
 6  respective counsel of record, as follows:
 7  Defendant Michelin North America, Inc. shall have an extension of time to
 8  answer or otherwise respond to Plaintiff's Complaint, up to and including April
 9  12, 2009.  A copy of the written confirmation is attached as "Exhibit A."

DATE: _____, 2009    LAW OFFICES OF FERNANDO F. CHAVEZ

                             By: _____
                                 Fernando F. Chavez
                                 Hector E. Salitrero
                                 Attorneys for Plaintiffs
                                 MARIA GONZALEZ-MARTINEZ,
                                 EGON WILFREDO GONZALEZ
                                 MARTINEZ, BLANCA
                                 CLEMENCIA GALAN-RUBALLO,
                                 and ANGEL ROBERTO
                                 GONZALEZ-GALAN

---

[1] Effective January 1, 2008, Michelin Americas Research and Development Corporation ("MARC") *(erroneously sued herein as Michelin Americas Research Corporation)*, a Delaware Corporation, merged with Michelin North America, Inc., a New York Corporation.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATE: _____, 2009 | YUKEVICH CALFO & CAVANAUGH |
| | By: _____ |
| | James J. Yukevich |
| | Thomas Borncamp |
| | Patricia E. Ball |
| | Attorneys for Defendant |
| | MICHELIN NORTH AMERICA, INC. (*erroneously sued as The Uniroyal Goodrich Tire Company*) and MICHELIN AMERICAS RESEARCH AND DEVELOPMENT CORPORATION (*erroneously sued as Michelin Americas Research Corporation*) |

There being good cause, IT IS SO ORDERED.

DATED: April 2, 2009

/s/ John A. Mendez_____
U. S. DISTRICT JUDGE

243421.1 / 28-968

3

PDF created with pdfFactory trial version www.pdffactory.com