IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR de MARIA GONZALEZ-MARTINEZ, individually; EGON WILFREDO GONZALEZ MARTINEZ, individually; and BLANCA CLEMENCIA GALAN-RUBALLO, individually, ANGEL ROBERTO GONZALES-GALAN, a minor by MARGARITA COLON, his Guardian ad Litem;<br><br>       Plaintiffs,<br><br>     v.<br><br>MICHELIN NORTH AMERICA, INC., a New York Corporation, MICHELIN AMERICAS REASEARCH & DEVELOPMENT CORPORATION, a Delaware Corporation, THE UNIROYAL GOODRICH TIRE COMPANY, a Delaware Corporation;<br><br>       Defendants.            / | No. Civ. 2:08-CV-01898-JAM-EFB<br><br><u>INTRADISTRICT TRANSFER</u> |

Examination of the above-entitled action reveals that this action has not been commenced in the proper court in accordance with E.D. Cal. Local Rule 3-120.  The facts giving rise to the alleged injury occurred in the County of Merced and therefore, venue is proper in the United States District Court in Fresno, California.  E.D. Cal. Local Rule 3-120.

IT IS THEREFORE ORDERED that the action denominated 2:08-CV-01898 be transferred to the United States District Court in Fresno, California for all further proceedings.

IT IS SO ORDERED.

Dated: June 12, 2009

/s/ John A. Mendez_____
U. S. DISTRICT JUDGE